IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY MILLS, | ) |
|       Plaintiff | ) Cause No.: 1:16-cv-00209 |
| vs. | ) |
| YRC, INC. d/b/a YRC FREIGHT, | ) |
|       Defendant | ) |

**COMPLAINT FOR DAMAGES**
**AND REQUEST FOR JURY TRIAL**

Plaintiff, Amy Mills, by counsel and as her Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Amy Mills, is a resident of Marion County in the State of Indiana and a former employee of Defendant.

2. Defendant, YRC, Inc. d/b/a YRC Freight (hereinafter referred to as "YRC"), is an employer as defined by 42 U.S.C. §12101 *et. seq.* and 29 U.S.C. § 2612 *et. seq.* and conducts business in the State of Indiana.

3. Ms. Mills invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

5. Plaintiff began her employment with Defendant on or about June 10, 2014.

6. Plaintiff is an amputee with a prosthetic leg.

7. On or around June 2015, Plaintiff parked her car in a handicapped parking spot due to pain caused by walking across the parking lot.

8. The Defendant told the Plaintiff she had to move her vehicle, despite the fact that Plaintiff had a handicapped license plate.

9. When Plaintiff went to move her vehicle, she found that it had been damaged.

10. Defendant employees then began to move the handicap parking sign from spot to spot to prevent Plaintiff from using it.

11. Plaintiff complained to management about the harassment she was experienced and afterwards, her hours were cut and she was passed over for a permanent position.

12. Plaintiff filed a charge of discrimination with the Equal Opportunity Commission wherein she alleged discrimination under the American's with Disabilities Act of 1990 42 U.S.C. § 12101 (ADA) charge number 470-2015-02609).

13. The Equal Employment Opportunity Commission issued Plaintiff a Right-to-Sue letter on November 24, 2015.

## COUNT I

14. Plaintiff incorporates by reference paragraphs one through thirteen (13) of her complaint for damages.

15. Plaintiff suffers from a disability as defined by the Americans with Disabilities Act, specifically she is an amputee with a prosthetic leg.

16. The Defendant was aware Plaintiff's disability and/or perceived disability and refused to provide reasonable accommodation when Plaintiff requested use of the handicapped parking space.

17. Plaintiff was able to perform the essential functions of her job, with or without reasonable accommodation.

18. The Defendant was motivated by Plaintiff's disability and/or perceived disability when it cut her hours and failed to promote her to a permanent position.

19. Non-disabled employees outside Plaintiff's protected class were treated more favorably than Plaintiff.

20. As a result of Defendant violating Plaintiff's rights as protected under the Americans with Disabilities Act, Plaintiff sustained damages including, but not limited to, lost pay and benefits, mental and emotional anguish, attorney fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of lost wages and benefits, compensatory damages, attorney fees and costs incurred herein, and for all other appropriate relief.

## COUNT II

21. Plaintiff incorporates by reference paragraphs one through twenty (20) above.

22. Plaintiff complained to Defendant that she was being discriminated against based on her disability.

23. After Plaintiff complained of discrimination, Defendant retaliated against Plaintiff by cutting her hours and refusing to promote her to full-time employment.

24. As a result, Plaintiff has sustained damages including, but not limited to, lost pay and benefits, attorney fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of back pay, liquidated damages, reasonable attorney fees, costs and all other appropriate relief.

        Respectfully submitted,

        HENN HAWORTH CUMMINGS

        /s/ Paul J. Cummings
        David M. Henn, #18002-49
        Paul J. Cummings, #22713-41

REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

        Respectfully submitted,

        HENN HAWORTH CUMMINGS

        /s/ Paul J. Cummings
        David M. Henn, #18002-49
        Paul J. Cummings, #22713-41

HENN HAWORTH CUMMINGS
625 N. Madison Avenue, Suite A
Greenwood, Indiana  46142
(317) 885-0041
(888) 308-6503 Fax