UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:16-cv-209-TWP-DKL |
| | ) |
| YRC, INC. d/b/a YRC FREIGHT, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The parties having so stipulated, the Court hereby dismisses this matter with prejudice pursuant to Rule 41(A)(1) of the Federal Rules of Civil Procedure, with the parties to bear their own costs and attorneys' fees.

Date: 11/21/2016

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

All CM/ECF registered counsel of record.

27319430.1